```
                      UNITED STATES DISTRICT COURT

                     EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )   Case No. 2:99-CR-00401-02 JAM
                               )
            Plaintiff,         )
                               )
     v.                        )
                               )
EDWIN WILLIAM BALERO,          )
                               )
            Defendant.         )
                               )
                               )
                               )   RELATED CASE ORDER
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )   Case No. 2:12-CR-00369 WBS
     v.                        )
                               )
EDWIN WILLIAM BALERO,          )
                               )
            Defendant.         )
                               )
```

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

///

1

PDF created with pdfFactory trial version www.pdffactory.com

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected.

IT IS THEREFORE ORDERED that the action denominated 2:12-CR-00369 WBS be reassigned to Judge John A. Mendez for all further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:12-CR-00369 JAM.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  January 29, 2013.

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com