```
William Bonham, SBN: 55478
Attorney at Law
916 2nd Street, 2nd Floor
Sacramento, CA 95814
(916) 557-1113
```

Attorney for defendant EDWIN BALERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 99-CR-401/12-CR-0369 JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| EDWIN WILLIAM BALERO, | |
| Defendant. | |

    The defendant, EDWIN BALERO, through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Tuesday, April 15, 2014 at 9:45 am be vacated and continued until Tuesday, April 29, 2014 at 9:45 am.

    A continuance is necessary to provide the parties with additional time for case preparation, investigation, and ongoing plea and sentencing negotiations as defense counsel has been ill.

    The parties stipulate that time should be excluded under the Speedy Trial Act to allow the defendant continuity of counsel and to provide the parties additional time for case preparation and ongoing plea and sentencing negotiations.  Local Code T4 & 18

U.S.C § 3161 (h)(7)(B)(iv).

I, William E. Bonham, the filing party, have received authorization from AUSA Michael McCoy to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States agree and request that the status conference for defendant EDWIN BALERO, be continued to Tuesday, April 29, 2014 at 9:45 am. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: April 14, 2014

BENJAMIN B. WAGNER
United States Attorney

By:/s/ WILLIAM E. BONHAM for
MICHAEL McCOY
Assistant U.S. Attorney

Dated: April 14, 2014

By:/s/ WILLIAM E. BONHAM for
WILLIAM E. BONHAM
Counsel for Defendant
EDWIN BALERO

1 **ORDER**

2   IT IS SO ORDERED. The status conference for defendant, EDWIN
3 BALERO, currently set for Tuesday, April 15, 2014 at 9:45 am
4 should be vacated and continued to Tuesday, April 29, 2014 at
5 9:45 am.
6   I find that the continuance is necessary due to the needs of
7 counsel for additional case preparation and plea/sentencing
8 negotiations as defense counsel has been ill and that a failure
9 to do so would deny counsel reasonable time for effective
10 preparation, taking into account the exercise of due diligence.
11 Accordingly, time is excluded under the Speedy Trial Act, due to
12 needs of counsel for additional case preparation and ongoing
13 plea/ sentencing negotiations, from April 15, 2014 up to and
14 including April 29, 2014 pursuant to Local Code T4 and 18 U.S.C.
15 § 3161(h)(7)(B)(iv).  I find that the ends of justice served by
16 granting this continuance outweigh the best interest of the
17 public and defendant in a speedy trial.  18 U.S.C. §
18 3161(h)(7)(A).
19 Dated: April 14, 2014

21 /s/ John A. Mendez_____
   HON. JOHN A. MENDEZ
22 U.S. DISTRICT COURT JUDGE

3