1   William Bonham, SBN: 55478
    Attorney at Law
2   916 2nd Street, 2nd Floor
    Sacramento, CA 95814
3   (916) 557-1113

4   Attorney for defendant EDWIN BALERO

5

6

7

8                   UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        No. 99-CR-401/12-CR-0369 JAM

12            Plaintiff,             **STIPULATION AND ORDER TO**
                                     **CONTINUE STATUS CONFERENCE**
13       v.

14  EDWIN WILLIAM BALERO,

15            Defendant.

16

17      The defendant, EDWIN BALERO, through his undersigned

18  counsel, and the United States, through its undersigned counsel,

19  hereby agree and request that the status conference currently set

20  for Tuesday, April 29, 2014 at 9:45 am be vacated and continued

21  until Tuesday, May 20, 2014 at 9:45 am.

22      A continuance is necessary to provide the parties with

23  additional time for case preparation, investigation, and ongoing

24  plea and sentencing negotiations as defense counsel has been ill.

25      The parties stipulate that time should be excluded under the

26  Speedy Trial Act to allow the defendant continuity of counsel and

27  to provide the parties additional time for case preparation and

28  ongoing plea and sentencing negotiations.  Local Code T4 & 18

                               1

1  U.S.C § 3161 (h)(7)(B)(iv).

2       I, William E. Bonham, the filing party, have received

3  authorization from AUSA Michael McCoy to sign and submit this

4  stipulation and proposed order on his behalf.

5       Accordingly, the defense and the United States agree and

6  request that the status conference for defendant EDWIN BALERO, be

7  continued to Tuesday, May 20, 2014 at 9:45 am. The parties

8  stipulate that the ends of justice served by granting this

9  continuance outweigh the best interests of the public and

10  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

11  Dated: April 25, 2014
                              BENJAMIN B. WAGNER
12                              United States Attorney

13                              By:/s/ WILLIAM E. BONHAM for
                              MICHAEL McCOY
14                              Assistant U.S. Attorney

15

16
   Dated: April 25, 2014
17

18                              By:/s/ WILLIAM E. BONHAM for
                              WILLIAM E. BONHAM
                              Counsel for Defendant
19                              EDWIN BALERO

20

21

22

23

24

25

26

27

28

# ORDER

IT IS SO ORDERED. The status conference for defendant, EDWIN BALERO, currently set for Tuesday, April 29, 2014 at 9:45 am is vacated and continued to Tuesday, May 20, 2014 at 9:45 am.

I find that the continuance is necessary due to the needs of counsel for additional case preparation and plea/sentencing negotiations as defense counsel has been ill and that a failure to do so would deny counsel reasonable time for effective preparation, taking into account the exercise of due diligence. Accordingly, time is excluded under the Speedy Trial Act, due to needs of counsel for additional case preparation and ongoing plea/ sentencing negotiations, from April 29, 2014 up to and including May 20, 2014 pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(B)(iv).  I find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: April 25, 2014

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE